JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BEIJING BRIDGE TO SUCCESS EDU & TECH CO, LTD, a Chinese corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MUSE GLOBAL, LLC, a California limited liability company, and DOES 1-10, inclusive,<br><br>　　　　Defendant.<br><br>MUSE GLOBAL, LLC, a California limited liability company,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>BEIJING BRIDGE TO SUCCESS EDU & TECH CO, LTD, a Chinese corporation; and ROES 1-10, inclusive,<br><br>　　　　Counterdefendants. | Case No. 2:20-cv-05929-SVW-JC<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)**<br><br>**Joint Stipulation Filed Concurrently**<br><br>Trial:　　　　　　　06/15/2021<br>Complaint filed:　　07/01/2020<br>Counterclaims filed: 11/12/2020 |

　　　Based on the Joint Stipulation for Dismissal of Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a) entered into by and between

Plaintiff Beijing Bridge To Success Edu & Tech Co., Ltd. ("BB"), and Defendant Muse Global, LLC ("Muse," and together with BB, the "Parties"), and for good cause showing:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The above-captioned action is hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a), with the Parties each bearing their own fees and costs except as otherwise provided in the Parties' Confidential Settlement Agreement and Mutual Release (the "Settlement Agreement").

3. The Settlement Agreement is incorporated herein by reference.

**IT IS SO ORDERED.**

Dated: April 1, 2021

_____
The Honorable Stephen V. Wilson